# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| STEPHANIE EADS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:18-cv-00208-DLB-CJS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Stephanie Eads ("Plaintiff"), and Defendant, Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs.

Dated this 18th day of November, 2019.

| THE BUSHORN FIRM, LLC | MAYNARD, COOPER & GALE, P.C. |
|---|---|
| By:/s/ *Claire W. Bushorn Danzl*<br>Claire W. Bushorn Danzl<br>810 Sycamore Street<br>Cincinnati, Ohio 45202<br>Attorneys for Plaintiff Stephanie Eads | By: *William B. Wahlheim, Jr.*<br>William B. Wahlheim, Jr.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL 35203-2618<br><br>Attorney for Hartford Life and Accident Insurance Company |